IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BMO LOGISTICS, INC., | ) |
| Plaintiff, | ) ) ) |
| | ) No. 2:18-cv-02635-TLP-tmp |
| v. | ) |
| | ) JURY DEMAND |
| DOGGETT FREIGHTLINER OF SOUTH TEXAS, LLC and CUMMINS DIESEL, INC., | ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT**

An Entry of Default against Defendant Doggett Freightliner of South Texas, LLC ("Doggett") was entered in this matter. (ECF No. 19.) Doggett now moves to set aside the Entry of Default under Federal Rule of Civil Procedure 55(c). (ECF No. 23.)

Doggett's Motion and supporting materials, along with the record in this cause, establish that Doggett did not receive notice of this action until Plaintiff moved for an entry of default. The Court finds that good cause exists to set aside the default after considering Doggett's Motion and supporting materials, as well as the discussion with counsel for all parties. Accordingly, the Court GRANTS Doggett's Motion to Set Aside Clerk's Entry of Default.

**SO ORDERED**, this 31st day of January, 2019.

    s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE